U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 NOV 21 P 3:15

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

17-CR-201

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 17-CR
    [18 U.S.C. §§ 111, 922(g)(1), &
    924(a)(2)]

DAVID E. POLNITZ, JR.,

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about June 27, 2017, in the State and Eastern District of Wisconsin,

**DAVID E. POLNITZ, JR.,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Taurus, model PT738, .380 pistol, bearing serial number 1D014961.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES THAT:

On or about June 27, 2017, in the State and Eastern District of Wisconsin,

**DAVID E. POLNITZ, JR.**

did knowingly and forcibly assault, impede, intimidate, and interfere with a United States Postal Service Letter Carrier while he was engaged in the performance of his official duties, through the use of a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL:

FOREPERSON

Date: 11-21-17

_____
GREGORY J. HAANSTAD
United States Attorney