UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No. 17-CR-00201

DAVID E. POLNITZ,

        Defendant.

---

## RESPONSE REGARDING NECESSITY OF EVIDENTIARY HEARING

---

The United States is aware of no disputed material facts, and, therefore, agrees that no evidentiary hearing is necessary to resolve either of the pending suppression motions.

Respectfully submitted this February 13, 2018 at Milwaukee, Wisconsin.

                                        GREGORY J. HAANSTAD
                                        United States Attorney

By:    /s/ *Zachary Corey*

           ZACHARY J. COREY
           Assistant United States Attorney
           zachary.corey@usdoj.gov

           BENJAMIN TAIBLESON
           Assistant United States Attorney
           benjamin.taibleson@usdoj.gov

           Attorneys for Plaintiff
           United States Attorney's Office
           Eastern District of Wisconsin
           517 East Wisconsin Avenue, Room 530
           Milwaukee, Wisconsin 53202
           Telephone: (414) 297-1700