UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       Case No. 17-CR-201 (PP)

DAVID POLNITZ,

        Defendant.

## MOTION TO SEAL

Federal Defender Services of Wisconsin, as counsel-of-record for the defendant in the above-captioned case, moves for an order sealing, defendant's sentencing memorandum. The ground for this motion is that counsel believes it contains sensitive mental health information. Based on the foregoing, this Court is respectfully asked to enter an order sealing defendant's sentencing memorandum.

Dated at Milwaukee, Wisconsin this 12th day of April, 2019.

                                                                         Respectfully submitted,

                                                                         **/s/ Joshua D. Uller**
                                                                         Joshua D. Uller, Bar No. 1055173
                                                                         FEDERAL DEFENDER SERVICES
                                                                             OF WISCONSIN, INC.
                                                                         517 E. Wisconsin Avenue, Room 182
                                                                         Milwaukee, Wisconsin 53202
                                                                         Telephone: 414-221-9900
                                                                         Fax: 414-221-9901
                                                                         E-mail: joshua_uller@fd.org

                                                                         Counsel for David Polnitz