April 16, 2019

Honorable Pamela Pepper
United States District Judge
517 E. Wisconsin Ave.
Milwaukee, Wi. 53202

RE: David Polnitz

Good afternoon Honorable Judge Pamela Pepper, my name is Clayton Bohannon and I am writing this letter on the behalf of David Polnitz. I was asked to provide a character reference letter about Mr. David Polnitz. I have known David approximately 13 years. He is married to my daughter and I feel qualified to speak and share some insights of Mr. Polnitz character. Since I have known Mr. Polnitz, I have gotten to know a very positive, honest, responsible, considerate, industrious, hardworking, and success-oriented individual just to name a few exceptional qualities. I have a very high level of respect for Mr. Polnitz and know him as well as any person other than an immediate family member. I have had the pleasure to experience Mr. Polnitz' s maturing into an inspiring entrepreneur from a troubled background.

I understand the trouble that Mr. Polnitz is in, because he has shared in depth those problems with me and admitted his wrongdoing and poor decision making regarding this legal situation. In addition, we have discussed the changes that he must make to continue to be as a loving father, community member, and a provider for his family. I have witnessed Mr. Polnitz' s ability to overcome obstacles in a crime filled area. I understand the pressure of trying to re-invent yourself and wondering if you are going to be a victim of random violence. Working in an area, where robbery's, shootings, and murders have occurred in the past. Mr. Polnitz has accepted a challenge to impact the community with positive role models for children. This decision to prepare himself for a life that serves the under privileged and underrepresented members of the community. Mr. Polnitz wants to create positive change to enhance and enrich lives within the Milwaukee community.

In the fulfilling of this dream Mr. Polnitz has worked with diligently with URBAN LIVES UNITED to address the hunger around 33rd and Walnut Street. This community-based organization provides hot meals and a clothing to less fortunate members in the community. The Friday hot meal program has been a success and is well attended by area residents and children. The popularity of the clothing bank has drawn lines of eager residents and the community at large. Mr. Polnitz long term goal of impacting the lives of disadvantaged children and families is evident with the mentoring that he has done with a group of boys from his previous employer. Despite the change of employment Mr. Polnitz continued to work with young men and was able to get one of his students enrolled at WCTC. Mr. Polnitz has continued to work with other community-based organizations by networking seeking opportunities to enhance lives and families.

I am honored to have met such a great, honest, caring and thoughtful person. I hope that this letter is an insight of Mr. David Polnitz and not his past actions. I am honored to speak before the Honorable Judge Pepper and her court. Please consider these words in your upcoming decision regarding Mr. David Polnitz. I know that you will be fair and show compassion to this member of the community. Communities are filled with unsung heroes that are never mentioned in the media, but the impact is unlimited. There are countless mentors across this country that are never recognized for there hard work. I would like to say that Mr. Polnitz is one of these mentors.

Respectfully yours,

Clayton Bohannon